# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2546 Disciplinary Docket No. 3 |
| | : | |
| DOMINIC G. BOCCO, JR. | : | Board File No. C1-18-227 |
| | : | |
| | : | (Supreme Court of Florida, Nos. SC06- |
| | : | 1985 & SC07-1495) |
| | : | |
| | : | Attorney Registration No. 63890 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2019, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Dominic G. Bocco, Jr., is disbarred from the practice of law in the Commonwealth of Pennsylvania.  He shall comply with all the provisions of Pa.R.D.E. 217.